UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELORIS ANDREWS,

    Plaintiff,

v.

CHECKR, INC.,

    Defendant.

Case No. 18-cv-00234-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 12, 2018**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 19, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: May 29, 2018

                                              Richard Seeborg
                                              United States District Judge